Torres, A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MELISSA ABRAM,

                                Plaintiff,

                -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
OFFICER SHARIAS PORTEE, Shield No. 10221; POLICE
OFFICER "FNU" [FIRST NAME UNKNOWN] BARNES;
NEW YORK CITY POLICE SERGEANT EREK POWERS,
Shield NO. 5297; JOHN DOE SERGEANT; NEW YORK
CITY POLICE OFFICER KENNETH CLARKE, Shield No.
8787; JOHN DOES; and RICHARD ROES,

                                Defendants.
-------------------------------------------------------------------X

**STIPULATION AND
ORDER OF DISMISSAL**

16 CV 5682 (AT)(JCF)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
\_\_\_\_May 2\_\_\_\_, 2017

SOBERS LAW PLLC
*Attorney for Plaintiff*
11 Broadway, Suite 615
New York, New York 10004

By: _____
Vivian Sobers
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Portee, Powers, and Clarke*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Carolyn K. Depoian
*Senior Counsel*

SO ORDERED:

SO ORDERED.

Dated: May 8, 2017
       New York, New York

_____
ANALISA TORRES
United States District Judge

2